UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON BRIDGEWATER,<br><br>      Plaintiff,<br><br>  v.<br><br>SHAWN BANKSON, et al.,<br><br>      Defendants. | No. C09-3639 BZ<br><br>***SUA SPONTE* JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATEDNESS** |

    Pursuant to Civil Local Rule 3-12(c), this matter is referred to the Honorable Marilyn H. Patel to determine whether this case is related to <u>Bridgewater v. Hayes Valley Limited Partnership</u>, C08-5622 MHP.  Plaintiff also alleges she has filed another related action, <u>Bridgewater v. Hayes Valley Limited Partnership</u>, C09-3551 which has been assigned to Judge Hamilton.

Dated:  September 4, 2009

                              /s/ Bernard Zimmerman
                             Bernard Zimmerman
                       United States Magistrate Judge

G:\BZALL\-BZCASES\BRIDGEWATER\ORDER REFERRING FOR RELATIONSHIP.wpd