UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON BRIDGEWATER,<br><br>        Plaintiff(s),<br><br>  v.<br><br>SHAWN BANKSON, et al.,<br><br>        Defendant(s). | No. C09-3639 BZ<br><br>**ORDER REQUIRING AMENDED APPLICATION TO PROCEED** *IN FORMA PAUPERIS* |

    Plaintiff has applied to proceed *in forma pauperis*. Having reviewed the application, I find that I cannot properly evaluate it without further explanation of the information given.

    In her application, on page 2, plaintiff claims that she receives SSI income of $805.00 per month and has no other income from any other source and no bank account.  Yet on page 3 plaintiff states that her monthly expenses total $1,600.  Plaintiff also claims that she has "too many" debts to even list them.  From this application it is impossible to tell how plaintiff subsists if her monthly expenses are twice her income.  I will need an explanation of these seeming

1

1  inconsistencies before I can evaluate her application.

2      For these reasons, and for good cause appearing, **IT IS
3  ORDERED** that by, no later than **November 23, 2009,** plaintiff
4  shall either file an amended application or pay the filing fee
5  of $350.00 and proceed accordingly.  Failure to take on of
6  these actions by that date may result in dismissal of this
7  action without prejudice.  Any amended application should
8  address the questions raised in this Order.  If necessary,
9  plaintiff may attach any additional pages in order to provide
10 the information requested.  Plaintiff is reminded that if she
11 chooses to pay the filing fee rather than amend her
12 application, she is responsible for serving the complaint and
13 any amendments or attachments, pursuant to Federal Rule of
14 Civil Procedure 4.
15 Dated: October 30, 2009

                          Bernard Zimmerman
                United States Magistrate Judge

G:\BZALL\-BZCASES\BRIDGEWATER\ORDER REQUIRING AMENDED IFP APPLIC.wpd