UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON BRIDGEWATER, ) | |
| ) | |
| Plaintiff(s), ) | No. C09-3639 BZ |
| ) | |
| v. ) | **ORDER FOR REASSIGNMENT** |
| ) | |
| SHAWN BANKSON, et al., ) | |
| ) | |
| Defendant(s). ) | |

In view of the Report and Recommendation dated November 20, 2009, the Clerk shall **REASSIGN** the above-captioned case immediately.

Dated: November 20, 2009

                                   _____
                                   Bernard Zimmerman
                                   United States Magistrate Judge

G:\BZALL\-BZCASES\BRIDGEWATER\REASSIGNMENT ORDER.wpd

1